Congregation Biker Cholem Linas Halalu, a Religious Corporation, Appellant, v. First Chirower Congregation, a Religious Corporation, Defendant,

Impleaded with Congregation Biker Cholem Linas Halalu Erster Chirower, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.